UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

    GATEWAY SPORTS & POOLS, INC.       Chapter 7
                                                       Case No. 25-10053

                                       Debtor.

## NOTICE OF ASSET CASE

       The undersigned trustee has determined that property of the above-referenced estate is available for distribution to creditors in accordance with 11 U.S.C. §726.

       PLEASE DESIGNATE THIS CASE AS AN ASSET CASE AND NOTIFY ALL CREDITORS LISTED ON THE MAILING MATRIX TO FILE PROOFS OF CLAIMS.

DATED:      February 27, 2025                /s/ Michael J. O'Connor
                                                           Michael J. O'Connor, Esq.
                                                           20 Corporate Woods Boulevard
                                                           Albany, New York 12211
                                                          (518) 465-0400