So Ordered.

Signed this 12 day of March, 2025.



                                              Robert E. Littlefield, Jr.
                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

        GATEWAY SPORTS & POOLS, INC.                Chapter 7
                                                                         Case No. 25-10053

                                                                        Debtor.

**ORDER APPROVING SALE OF REAL PROPERTY**

        Upon the Notice of Motion and Motion for an Order Approving the Sale of the Trustee's Interest in Real Property Pursuant to 11 U.S.C. §363 (the "Motion") filed on behalf of Michael J. O'Connor, Esq., Chapter 7 Trustee (the "Trustee") for the estate of Gateway Sports & Pools, Inc. (the "Debtor"), seeking approval of the sale of the estate's interest in real property located at 22-40 Remsen Street, Cohoes, NY 12047 (a/k/a 24-40 Remsen Street, Cohoes, NY 12047) (the "Property"), and a hearing on the Motion having been held March 12, 2025, and no opposition having been filed, and appearances having been made by Michael J. O'Connor, Chapter 7 Trustee, Michael Leo Boyle, Esq., attorney for the Debtor, Peter A. Pastore, Esq., attorney for The County of Albany, and Louis Levine, Esq, attorney for M&T Bank, and the Court having considered the merits of the Motion as unopposed, and due deliberation having been had thereon, it is hereby

ORDERED, that the Trustee is hereby permitted to sell the estate's interest in and to the County of Albany for the sum of $775,000.00; and it is further,

ORDERED, that the Trustee is hereby permitted to disburse from the proceeds of sale sums sufficient to satisfy mortgage liens as well as to pay all necessary and reasonable closing costs including, but not limited to, recording fees, revenue stamps, title insurance/search fees, real estate commissions, attorney's fees and any other and reasonable closing costs; and it is further,

ORDERED, that the Trustee is hereby permitted to convey title by Trustee's Deed to the County of Albany upon receipt of the proceeds of sale.

###